# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

HUMBERTO MOTA,

    Petitioner, : Case No. 1:09-cv-233

  -vs- : District Judge Michael R. Barrett
      Magistrate Judge Michael R. Merz

WARDEN, Lebanon Correctional Facility,

    Respondent. :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 11), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on April 16, 2010, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that the Petition herein be dismissed with prejudice.

April _26_, 2010.

                                ____s/Michael R. Barrett_____
                                    Michael R. Barrett
                                United States District Judge